UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Danny R.M., | Civ. No. 25-3689 (JWB/DTS) |
| Petitioner, | |
| v. | |
| Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Department of Homeland Security; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; Immigration and Customs Enforcement; Sirce Owen, *Acting Director for Executive Office for Immigration Review*; Executive Office for Immigration Review; Samuel Olson, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*; and Joel Brott, *Sheriff of Sherburne County*, | **ORDER DISMISSING CASE** |
| Respondents. | |

Cameron Lane Youngs Giebink, Esq., David L. Wilson, Esq., and Lee Anne Koller Mills, Esq., Wilson Law Group, counsel for Petitioner.

Ana H. Voss, Esq., and Lucas B. Draisey, Esq., United States Attorney's Office, counsel for Respondents Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Sirce Owen, Executive Office for Immigration Review, and Samuel Olson.

Petitioner Danny R.M. has filed a notice voluntarily dismissing his habeas petition without prejudice under Federal Rule of Civil Procedure 41(a)(1)(i). (Doc. No. 16.) Rule 41(a)(1)(i) does not apply here because Respondents have answered the petition. (Doc. No. 11.) Accordingly, Petitioner's notice is construed as a request for dismissal under

Rule 41(a)(2), which may be granted "on terms that the court considers proper." Factors to consider are whether the party has properly explained its desire to dismiss, whether dismissal would waste judicial time and effort, and whether dismissal will prejudice the opposing party. *See Tillman v. BNSF Ry. Co.*, 33 F.4th 1024, 1027 (8th Cir. 2022).

Petitioner states that he has obtained an order of voluntary departure from the United States and is no longer eligible for release under 8 U.S.C. § 1226, which renders his habeas petition moot. (Doc. No. 16 at 2.) He also indicates that Respondents do not oppose dismissal. (*Id.*) These circumstances suffice to grant dismissal, and doing so will not result in judicial waste or prejudice to Respondents.

## ORDER

Accordingly, **IT IS HEREBY ORDERED** that Petitioner's request for dismissal (Doc. No. 16) is **GRANTED**, and this matter is **DISMISSED WITHOUT PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: October 16, 2025

 *s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge