# UNITED STATES DISTRICT COURT
## District of Minnesota

**JUDGMENT IN A CIVIL CASE**

Danny Ruiz Mendoza

                 Petitioner,

v.                                    Case Number:  0:25-cv-03689-JWB-DTS

Pamela Bondi, Kristi Noem, Department of
Homeland Security, Todd M. Lyons,
Immigration and Customs Enforcement, Sirce
Owen, Executive Office for Immigration
Review, Samuel Olson, Joel Brott

                 Respondents

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner's request for dismissal (Doc. No. 16) is **GRANTED**, and this matter is **DISMISSED WITHOUT PREJUDICE.**

Date: 10/20/2025                                  KATE M. FOGARTY, CLERK